HONORABLE Wm Garfunkel

TOTAL TIME: 2 hours 15 minutes   DEPUTY CLERK C. Sanders   RPTR/ERO/TAPE S. Baldwin

DATE 3-2-2004   START TIME 10:15 am   END TIME 12:30
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Hinton

vs.

E. P. Reynolds, et al

CIVIL NO. 3:01CV1557(WIG)

Christy N. Doyle
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Michael A. Wolak III
Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☐ ☐ (call./h) Call of the Calendar held ☐ (call./set) Call of the Calendar over to _____

☑ ☑ (jyselect./h) Jury Selection held ☐ Jury Selection continued until _____

☐ ... # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ... # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ... # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ... # Motion _____ ☐ granted ☐ denied ☐ advisement

☑ .P.. Notice of Appearance by Christy Doyle   ☑ filed ☐ docketed
☐ _____   ☐ filed ☐ docketed
☐ _____   ☐ filed ☐ docketed
☐ _____   ☐ filed ☐ docketed

☑ 46 # jurors present

☑ Voir Dire oath administered by Clerk ☐ previously administered by Clerk

☑ Voir Dire by Court

☑ Peremptory challenges exercised (See attached)

☑ Jury of 7 drawn (See attached) ☐ and sworn ☐ Jury Trial commences

☑ Remaining jurors excused

☐ Discovery deadline set for _____

☐ Disposition Motions due _____

☐ Joint trial memorandum due _____

☑ Trial continued until 3-8-04 at 10:00

☑ COPY TO: JURY CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Pauline J. Hinton, et al

v.

E.P. Reynolds, et al

APPEARANCE

3-2-2004 CASE NUMBER: 3:01CV1557(WIG)


United States District Court
District of Connecticut
FILED AT BRIDGEPORT
Win. E. Rowe, Clerk
By Carol Landes
Deputy Clerk

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Hinton

March 2, 2004
Date

23458
Connecticut Federal Bar Number

203-562-9931
Telephone Number

776-9494
Fax Number

Christydoyle@yahoo.com
E-mail address

Signature

Christy H. Doyle
Print Clearly or Type Name

51 Elm Street, Suite 409
Address

New Haven, CT 06511

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

hand

Atty. Michael Wolak, III

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Pauline J. Hinton, et al
v.
E.P. Reynolds, et al

**APPEARANCE**

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
3-2-2004
Kevin F. Rowe, Clerk
By Carol Landes
Deputy Clerk

CASE NUMBER: 3:01 CV 1557 (WIG)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Hinton

| | |
|---|---|
| March 2, 2004 | [Signature] |
| **Date** | **Signature** |
| 23458 | Christy H. Doyle |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| 203-562-9931 | 51 Elm Street, Suite 409 |
| **Telephone Number** | **Address** |
| 776 9494 | New Haven, CT 06511 |
| **Fax Number** | |
| Christydoyle@yahoo.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was ~~mailed~~ handed on this date to the following:

Atty. Michael Wolak, III

[Signature]
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

# Judge's List

Judge: **WILLIAM I. GARFINKEL**  
Event: **3:01CV1557(WIG)**  
Description: **HINTON, ET AL V. REYNOLDS**

Date: **3/2/04**  
Time: **8:58 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 1 | 100090346 | 02-0169 | GIBBONS, JOAN O<br>NEWTOWN<br>ADMINISTRATIVE-800#LINE-SERVICE CENTER | PD |
| 2 | 100087182 | 02-0198 | COHEN, ADAM L<br>NORWALK | J-1 |
| 3 | 100084151 | 02-0152 | PADE, JUDITH A<br>NEWTOWN<br>OCCUPATIONAL THERAPIST | PP |
| 4 | 100087591 | 02-0167 | JOHNSON, RANDALL L<br>MONROE<br>MINERAL & CHEMICAL SALES | CP |
| 5 | 100085295 | 02-0223 | RESENDES, LOUIS P<br>DANBURY | CP |
| 6 | 100085950 | 02-0189 | RIVEL, BRIAN P<br>WESTPORT<br>MARKETING RESEARCH | J-2 |
| 7 | 100104018 | 02-0163 | BISHOP, CRAIG PAUL<br>EASTON<br>TRANSPORTATION SUPERVISOR | PP |
| 8 | 100084072 | 02-0153 | CSIZMAR, JAMES S<br>SHELTON<br>TOOLING SPECIALIST | PP |
| 9 | 100108579 | 02-0183 | MATTHEWS, JENNIFER M<br>BRIDGEPORT<br>PARAPROFESSIONAL | CP |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **WILLIAM I. GARFINKEL**  
Event: **3:01CV1557(WIG)**  
Description: **HINTON, ET AL V. REYNOLDS**

Date: **3/2/04**  
Time: **8:58 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 10 | 100085040 | 02-0179 | **MACKBACH, TANIA Y** <br> STRATFORD <br> ADMIN SECRETARY | J-3 |
| 11 | 100101241 | 02-0224 | **MCMANUS, KEVIN M** <br> NORWALK | PD |
| 12 | 100106846 | 02-0210 | **MURANO, ROSEANNE** <br> BRIDGEPORT <br> CUSTOMER SERVICE | J-4 |
| 13 | 100110584 | 02-0227 | **VALIS, STEPHAN** <br> NORWALK <br> SERVICE DISPATCHER | J-5 |
| 14 | 100099350 | 02-0176 | **SPARAN JR, ROBERT A** <br> COS COB <br> SERVICE REPRESENTATIVE | CP |
| 15 | 100095315 | 02-0218 | **DUX, ARLENE M** <br> NEW FAIRFIELD | CP |
| 16 | 100126797 | 02-0207 | **TAMAYO, JULIE L** <br> STAMFORD <br> GRADUATE ADMISSIONS, ASSISTANT DIRECTOR | CP |
| 17 | 100100141 | 02-0161 | **UGARTE, LINDA** <br> STRATFORD <br> TRAVEL DEPT. MANAGER | PD |
| 18 | 100094163 | 02-0203 | **ALVES, DEBORAH A** <br> STRATFORD <br> ADMINISTRATIVE | J-6 |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: **WILLIAM I. GARFINKEL**  
Event: **3:01CV1557(WIG)**  
Description: **HINTON, ET AL V. REYNOLDS**

Date: **3/2/04**  
Time: **8:58 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 19 | 100086989 | 02-0212 | **MORRIS, GEORGE**<br>FAIRFIELD<br>PURCHASING AGENT | C-P |
| 20 | 100110714 | 02-0158 | **MILLER, PETER E**<br>DANBURY<br>ENGINEERING | J-7 |
| 21 | 100110591 | 02-0208 | **STEMPER, JULIE ANN**<br>DANBURY<br>AREA SALES MANAGER | CP |
| 22 | 100122805 | 02-0177 | **CANAL, LORI A**<br>WILTON<br>SERVER | PD |
| 23 | 100114477 | 02-0157 | **FRENCH, PAUL T**<br>STAMFORD<br>MANAGER | PP |
| 24 | 100123295 | 02-0164 | **CZUDAK JR, WALTER A**<br>NEW FAIRFIELD<br>SUPERVISOR, BUILDINGS & GROUNDS | |
| 25 | 100120386 | 02-0201 | **LAYCOCK, GILBERT N**<br>SHELTON<br>RETIRED | |
| 26 | 100099137 | 02-0209 | **TROPEANO, JOHN L**<br>SANDY HOOK | |
| 27 | 100090778 | 02-0171 | **TASHMAN, STANLEY M**<br>SHELTON<br>ASSIST MANAGER | |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: **WILLIAM I. GARFINKEL**  
Event: **3:01CV1557(WIG)**  
Description: **HINTON, ET AL V. REYNOLDS**

Date: **3/2/04**  
Time: **8:58 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 28 | 100096701 | 02-0181 | FARINA, STELLA A<br>SHELTON | |
| 29 | 100115461 | 02-0202 | PHILLIPS, E J<br>NEWTOWN | |
| 30 | 100092015 | 02-0191 | CONKLIN, PHYLLIS M<br>NORWALK — ASS'T TO PRESIDENT | |
| 31 | 100098107 | 02-0219 | CREAN, DENISE D<br>WILTON — REALTOR | |
| 32 | 100105143 | 02-0226 | ANDREW, WILLIAM T<br>NEWTOWN — SALES | CP |
| 33 | 100100601 | 02-0170 | CRAFT IV, NELSON C<br>SHELTON | |
| 34 | 100099275 | 02-0211 | LOPEZ-RODRIGUEZ, HECTOR L<br>NEW CANAAN — RETIRED | CP |
| 35 | 100091567 | 02-0166 | MCDONALD, JAMES R<br>FAIRFIELD — DRYCLEANING-BAROWNER | |
| 36 | 100102286 | 02-0200 | JURAK, CHRISTINE M<br>TRUMBULL — HAIRDRESSER | |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: **WILLIAM I. GARFINKEL**
Event: **3:01CV1557(WIG)**
Description: **HINTON, ET AL V. REYNOLDS**

Date: **3/2/04**
Time: **8:58 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 37 | 100119081 | 02-0193 | **TUCKER, RICHARD M** <br> MARINE CONTRACTOR <br> BROOKFIELD | _____ |
| 38 | 100101425 | 02-0217 | **SCHICK, GARY R** <br> COMPUTER ENGINEER <br> WESTPORT | _____ |
| 39 | 100117490 | 02-0204 | **CLEMENS, KRISTIN K** <br> CREDIT PRODUCTS MANAGER <br> NORWALK | _____ |
| 40 | 100107506 | 02-0168 | **GISONNY, RICHARD G** <br> ATTORNEY <br> NEW FAIRFIELD | _____ |
| 41 | 100103241 | 02-0230 | **HANSEN, HANS F** <br> ELECTRONICS TECHNICIAN <br> DANBURY | _____ |
| 42 | 100084990 | 02-0162 | **KOORIS, GEOFFREY M** <br> PUBLISHING <br> FAIRFIELD | _____ |
| 43 | 100117173 | 02-0178 | **NAU, LISA R** <br> SUBSTITUTE TEACHER <br> STAMFORD | _____ |
| 44 | 100091693 | 02-0154 | **HUBAN, SEAN M** <br> FAIRFIELD | _____ |
| 45 | 100086514 | 02-0220 | **TERPACK, JOAN A** <br> CASHIER, CAFETERIA SCHOOL <br> STAMFORD | _____ |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

**Judge's List**

Judge: **WILLIAM I. GARFINKEL**  
Event: **3:01CV1557(WIG)**  
Description: **HINTON, ET AL V. REYNOLDS**

Date: **3/2/04**  
Time: **8:58 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 46 | 100095787<br>NEW CANAAN | 02-0174 | **GREGORY, EVELYN C**<br>BRANDING | |

Legend: J=Jury  A=Alternate  NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

Page 6 of 6

(CD.10-Rev. 9/92)

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Pauline J. Hinton, et al

CASE NO. 3:01CV1557(WIG)

v

E.P. Reynolds, et al

### CIVIL CHALLENGES

1. Judith Pade
2. Craig Paul Bishop
3. Paul T. French
4. James Csizmar

1. Joan Gibbons
2. Lori Cavial
3. Linda Ugarte
4. Kevin McManus

_____  _____
**COUNSEL FOR PLAINTIFF(S)**       **COUNSEL FOR DEFENDANT(S)**