# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Pauline J. Hinton, et al

v.

E.P. Reynolds, et al

**APPEARANCE**

*[Stamp: United States District Court, District of Connecticut, FILED AT BRIDGEPORT, 3-2-2004, Kevin F. Rowe, Clerk, By Carol Sanders, Deputy Clerk]*

CASE NUMBER: 3:01CV1557(WIG)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Hinton

| | |
|---|---|
| March 2, 2004 | *[Signature]* |
| **Date** | **Signature** |
| 23458 | Christy H. Doyle |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| 203-562-9931 | 51 Elm Street, Suite 409 |
| **Telephone Number** | **Address** |
| 776-9494 | New Haven, CT 06511 |
| **Fax Number** | |
| Christydoyle@yahoo.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was ~~mailed~~ handed on this date to the following:

Atty. Michael Wolak, III

*[Signature]*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)