UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **PAULINE J. HINTON and MICHAEL HINTON** | |
| v. | **CASE NO.: 3:01cv1557 (WIG)** (Lead Case) |
| **E. P. REYNOLDS, TIMOTHY WILSON, SYDNEY A. COLLIER, CARLOS ORTIZ, CHRISTOPHER RUBINO, JONATHAN S. YOUNG, JASON MINARDI, MICHAEL NOVELLA, JAMES BAKER and ELISA KOLECI** | **CASE NO.: 3:03cv1061 (WIG)** (Member Case)   MARCH 18, 2004 |

## STIPULATION OF DISMISSAL

The plaintiffs and defendants hereby stipulate that the above captioned consolidated actions may be dismissed with prejudice and with each of the parties to bear their own attorneys' fees and costs.

        THE PLAINTIFFS, PAULINE J.
        HINTON AND MICHAEL HINTON


/S/:
_____
    Christy H. Doyle, Esq.
    Williams and Pattis, LLC
    51 Elm Street, Suite 409
    New Haven, CT  06510
    (203) 562-9931
    Federal Bar No. ct23458
    Attorney for the Plaintiffs

THE DEFENDANTS, E. P. REYNOLDS, TIMOTHY WILSON, SYDNEY A. COLLIER, CARLOS ORTIZ, CHRISTOPHER RUBINO, JONATHAN S. YOUNG, JASON MINARDI, MICHAEL NOVELLA, JAMES BAKER AND ELISA KOLECI

/S/:
_____
Michael A. Wolak, III
Assistant Corporation Counsel
City of New Haven
Office of Corporation Counsel
165 Church Street
New Haven, CT  06510
(203) 946-7970
Federal Bar No. ct12681
Attorney for the Defendants

**CERETIFICATION**

    This is to certify that a copy of the foregoing was either hand delivered or mailed, postage prepaid, on March 18, 2004, to the following counsel of record:

Christy H. Doyle, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

/S/:_____
Michael A. Wolak, III