UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 APR 14 P 12: 39
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| PAULINE J. HINTON and<br>MICHAEL HINTON<br><br>v.<br><br>E. P. REYNOLDS, TIMOTHY WILSON,<br>SYDNEY A. COLLIER, CARLOS ORTIZ,<br>CHRISTOPHER RUBINO, JONATHAN S.<br>YOUNG, JASON MINARDI, MICHAEL<br>NOVELLA, JAMES BAKER and ELISA<br>KOLECI | CASE NO.: 3:01cv1557 (WIG)<br>(Lead Case)<br><br>CASE NO.: 3:03cv1061 (WIG)<br>(Member Case)<br><br>MARCH 18, 2004 |

### STIPULATION OF DISMISSAL

The plaintiffs and defendants hereby stipulate that the above captioned consolidated actions may be dismissed with prejudice and with each of the parties to bear their own attorneys' fees and costs.

THE PLAINTIFFS, PAULINE J.
HINTON AND MICHAEL HINTON

BY: _____
Christy H. Doyle, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
Federal Bar No. ct23458
Attorney for the Plaintiffs

FILED
2004 APR 29 P 1: 59
U.S. DISTRICT COURT
BRIDGEPORT, CONN